**No. 10-10081. Eugene Durst Self, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2915, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3934.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 414 Fed. Appx. 611.

**No. 10-10082. Roscoe Abell, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2915, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3935.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 751.

**No. 10-10083. James A. Butler, Petitioner v. B. R. Jett, Warden, et al.**

563 U.S. 1014, 131 S. Ct. 2916, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3832.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10086. Ronald Scott Young, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2916, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3889.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 838.

**No. 10-10089. Kareem Richardson, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2916, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3927.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10092. Veronica Fuentes, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2916, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3981.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 411 Fed. Appx. 737.

**No. 10-10093. Kevin Presberry, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2916, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3902.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 407 Fed. Appx. 988.

**No. 10-10098. Frederick William Farrington, Petitioner v. United States.**

563 U.S. 1014, 131 S. Ct. 2916, 179 L. Ed. 2d 1257, 2011 U.S. LEXIS 3986.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 784.